# TIME SHEETS

## CASE ADMINISTRATION

| Time | Date | Services Rendered |
|---|---|---|
| .25 | 12/06/06 | Prepared Amended Notice of Motion and Certificate of Service for fee application. MCO |
| .67 | 04/19/07 | Reviewing Lola Nesteruk's ("LN") email re closing allocations; closing file and Exhibit D; Reply email to LN explaining allocations; and Teleconference with LN re same. GKS |
| 1.00 | 09/10/07 | Review and draft Time Sheets 11/1/06 through 9/10/07. GKS |
| .33 | 09/11/07 | Update draft of Time Sheets through 10/31/07. GKS |
| 1.92 | 09/26/07 | Updating draft of Time Sheets; Drafting Application for Final Compensation, Notices and Order. GKS |

　　　　　　　　4.17  HOURS @ $350.00 =   $ 1,459.50
　　　　　　　　 -0-  HOURS @ $300.00 =   $   -0-

## LIEN DETERMINATION

| Time | Date | Services Rendered |
|---|---|---|
| .25 | 12/13/06 | Teleconference with Joel Schechter ("JS") re case status, resolution of 727 adversary, sale proceeds and settlement of GLLI adversary.  GKS |
| .75 | 12/05/06 | Preparing for court hearing, reviewing adversary file and GLLI Response to Motion to Dismiss; Court - Representation at adversary status hearing. GKS |
| .25 | 03/22/07 | Court – Representation at status hearing; meeting with JS re adversary. GKS |
| .33 | 04/14/07 | Reviewing GLII Memorandum in support of GLII"S Response. GKS |
| .09 | 05/16/07 | Teleconference with Court Clerk re continuing status hearing. GKS |
| .25 | 05/10/07 | Meeting with JS re GLLI Memorandum and settlement. GKS |
| .67 | 05/17/07 | Reviewing case file and documents, checking court website re claims register and proof(s) of claim, reviewing GLLI pleadings and claims, checking cash on hand in estate, checking People's Gas claims. GKS |
| .25 | 05/17/07 | Teleconference with Trustee re case status, claims filed, GLLI adversary and settlement discussions. GKS |
| .25 | 05/31/07 | Teleconference with JS re GLLI adversary, possible settlement and unsecured proof(s) of claim. GKS |
| .59 | 08/30/07 | Meeting with JS re amounts claims by GLLI and settlement discussions; Begin draft of settlement letter to JS; Reviewing §§503 and 507. GKS |

| Time | Date | Services Rendered |
|---|---|---|
| .33 | 09/04/07 | Reviewing claims register and People's Gas claims: Reviewing and revising draft of settlement letter to JC; email draft to Trustee for comments. GKS |
| .42 | 09/04/07 | Reviewing Trustee's reply re draft of settlement letter; Teleconference with JS re same; and, Revising draft of settlement letter and teleconference with Trustee re same. GKS |
| .67 | 09/06/07 | Court – Representation at adversary status hearing. GKS |
| .09 | 09/10/07 | Teleconference with JS re settlement agreement. GKS |
| .42 | 09/11/07 | Court – Representation at adversary status hearing. GKS |
| .83 | 09/12/07 | Begin drafting Motion to Approve Compromise and Settlement. GKS |
| .75 | 09/18/07 | Continue draft Motion to Approve Compromise, Notice and Service List. GKS |
| .17 | 09/18/07 | Reviewing Proof(s) of Claim filed by GLLI. GKS |
| .50 | 09/24/07 | Draft Order Approving Compromise and Settlement; email to Trustee and JS re same. GKS |
| .17 | 09/24/07 | Review email from JS re draft Order; Teleconference with Trustee re JS comments. GKS |
| .67 | 09/25/07 | Preparing for Court hearing; Court – Representation at hearing on Trustee's Motion to Approve Compromise and Settlement; Meeting with Trustee and JS re draft Order, reviewing code sections and revising Order. GKS |

```
        8.70   HOURS @ $350.00 =  $ 3,045.00
        -0-    HOURS @ $300.00 =     -0-
```

**OBJECTIONS TO DISCHARGE**

| Time | Date | Services Rendered |
|---|---|---|
| .42 | 12/13/06 | Court - Representation at status hearing on Trustee's Adversary Objecting to Discharge; Meeting with Debtor's attorney re agreement to enter order denying discharge. GKS |
| .42 | 12/13/06 | Drafting Agreed Judgment Order, email to Trustee re status and draft and email to Debtor's attorney re draft. GKS |
| .67 | 12/05/06 | Preparing for court hearing, reviewing adversary file, Court - Representation at adversary status hearing; Meeting with Debtor's attorney re 727 adversary, Debtor's production of document and waiver of discharge. GKS |
| .33 | 12/15/06 | Reviewing fax from Debtor's attorney re revisions to draft Agreed Judgment Order; Updating draft of Agreed Judgment Order; and, email to Debtor's attorney re same. GKS |
| .50 | 01/04/07 | Court – Representation at status hearing. MCO |
| .67 | 02/15/07 | Court – Representation at status hearing, entry of Agreed Judgment Order. MCO |

```
        3.01   HOURS @ $350.00 =  $ 1,053.50
        1.17   HOURS @ $300.00 =    $ 351.00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| **COSTS:** | 09/18//07 | Copying | 30 | @ | .10 | 3.00 |
| | 09/18/07 | Postage | 5 | @ | .52 | .78 |
| | 10/02//07 | Copying | 48 | @ | .10 | 4.80 |
| | 10/02/07 | Postage | 36 | @ | .41 | <u>14.76</u> |
| | | | | | | $ 20.34 |