UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| HARRIETT MURPHY, | ) | |
| | ) | Case No. 05-55686 |
| Debtor. | ) | |
| | ) | Hon. JOHN D. SCHWARTZ |

**Notice of Trustee's Final Report and Hearing
on Applications for Compensation**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    DIRKSEN FEDERAL BUILDING, COURTROOM 719, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **March 5, 2008**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $476,685.82 |
    | Disbursements | $435,411.43 |
    | Net Cash Available for Distribution | $41,274.39 |

4. Applications for Chapter 7 fees and administrative expenses have been filedas follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE<br>*Trustee Compensation* | $0.00 | $26,709.29 | $24.20 |
| UNITED STATES BANKRUPTCY COURT<br>*Clerk of the Court Costs* | $0.00 | $0.00 | $500.00 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $860.00 | $0.00 |
| GREGORY K. STERN AND MONICA C. O'BRIEN<br>*Attorneys for Trustee fees /expenses* | $23,573.82<br>$20.34 | $0.00 | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, a subordinated administrative claim in the amount of $56,074.17 must be paid in full for there to be any dividend to general unsecured creditors. The administrative dividend is anticipated to be 73.51%.

Allowed subordinated administrative claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Great Lakes Land of Illinois, Inc., | $56,074.17 | $13,180.90* |

Note: $28,037.08 was previously paid pursuant to order.

7. Claims of general unsecured creditors totaling $33,534.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Asset Acceptance LLC | $1,980.65 | $0.00 |
| 3 | Holy Family Hospital | $219.54 | $0.00 |

| | | | |
|---|---|---|---|
| 4 | Discount Conference Call | $174.15 | $0.00 |
| 5 | Peoples Gas Light & Coke Co. | $6,159.92 | $0.00 |
| 6 | Great Lakes Lane of Illinois, Inc. | $25,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.* If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Debtor's discharge was revoked.

11. The Trustee proposes to abandon the following property at the hearing:

NONE

Dated: **February 7, 2008**                           For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the U.S. Bankruptcy Court
                                      219 S. Dearborn St., 7th Floor
                                      Chicago, IL 60604

Trustee:      Barry A. Chatz
Address:      120 S. Riverside Plaza Suite 1200
              Chicago, IL 60606-0000
Phone No.:    (312) 876-7100