UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| HARRIETT MURPHY, | ) | |
| | ) | Case No. 05-55686 |
| Debtor. | ) | |
| | ) | Hon. JOHN D. SCHWARTZ |

**Notice of Trustee's Final Report and Hearing
on Applications for Compensation**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DIRKSEN FEDERAL BUILDING, COURTROOM 719, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **March 5, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $476,685.82 |
    | Disbursements | $435,411.43 |
    | Net Cash Available for Distribution | $41,274.39 |

4. Applications for Chapter 7 fees and administrative expenses have been filedas follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE *Trustee Compensation* | $0.00 | $26,709.29 | $24.20 |
| UNITED STATES BANKRUPTCY COURT *Clerk of the Court Costs* | $0.00 | $0.00 | $500.00 |
| POPOWCER KATTEN, LTD. *Accountant for Trustee* | $0.00 | $860.00 | $0.00 |
| GREGORY K. STERN AND MONICA C. O'BRIEN *Attorneys for Trustee fees /expenses* | $23,573.82 $20.34 | $0.00 | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, a subordinated administrative claim in the amount of $56,074.17 must be paid in full for there to be any dividend to general unsecured creditors. The administrative dividend is anticipated to be 73.51%.

Allowed subordinated administrative claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Great Lakes Land of Illinois, Inc., | $56,074.17 | $13,180.90* |

Note: $28,037.08 was previously paid pursuant to order.

7. Claims of general unsecured creditors totaling $33,534.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Asset Acceptance LLC | $1,980.65 | $0.00 |
| 3 | Holy Family Hospital | $219.54 | $0.00 |

| | | | |
|---|---|---|---|
| 4 | Discount Conference Call | $174.15 | $0.00 |
| 5 | Peoples Gas Light & Coke Co. | $6,159.92 | $0.00 |
| 6 | Great Lakes Lane of Illinois, Inc. | $25,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.* If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Debtor's discharge was revoked.

11. The Trustee proposes to abandon the following property at the hearing:

NONE

Dated: **February 7, 2008**                    For the Court,

                                     By:   **KENNETH S. GARDNER**
                                           Kenneth S. Gardner
                                           Clerk of the U.S. Bankruptcy Court
                                           219 S. Dearborn St., 7th Floor
                                           Chicago, IL 60604

Trustee:     Barry A. Chatz
Address:     120 S. Riverside Plaza Suite 1200
             Chicago, IL 60606-0000
Phone No.:   (312) 876-7100

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 2           Date Rcvd: Feb 07, 2008
Case: 05-55686                    Form ID: pdf002              Total Served: 44

The following entities were served by first class mail on Feb 09, 2008.
db           +Harriett Murphy,    2144 W 116th Street,    Chicago, IL 60643-4812
aty          +Constantine N Dranias,    Dranias, Harrington & Wilson,    77 W Washington Street,   Suite 1020,
               Chicago, IL 60602-2801
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
10614046     +All State,    Two Wells,    Newton, MA 02459-3208
10472141     +AllState,    Two Wells,    Newton, MA 02459-3208
10614048     +Ametitech/SBC,    24251 Scacia,    Redford, MI 48239-2850
10614053      Arrow Financial Service,    5996 W Touhy Ave,    Niles, IL 60714-4610
10659889     +Asset Acceptacne LLC,    ASSIGNEE/ PROVIDIAN,    P.O.Box 2036,    Warren MI 48090-2036
10472138     +Asset Acceptance,    P O Box 2036,    Warren, MI 48090-2036
10614056      Associated Credit Service,    Discount Voice Mail,    120 N Wall St,    Ste 300,
               Spokane, WA 99201-0639
10614049     +CDA/ Pontiac,    415 E Main,    P O Box 213,    Streator, IL 61364-0213
10614054      Capital One,    P O Box 85520,    Richmond, VA 23285-5520
10472137      Carol Trust,    P O Box 5431,    Sioux Fall, SD 57117-5431
10614050      Chase Credit,    8520 Laurrel Canyon,    4th Floor Suite 450,    North Hollywood, CA 91606
11155356     +City of Chicago,    Department of Law,    30 N LaSalle Street,    Chicago, IL 60602-4055
10330541      ComEd,    Bill Payment Center,    Chicago, IL 60680
10614051      Credit Management Co,    P O Box 4030,    Racine, WI 43404
10614052     +Depond Collection Service,    7627 W Lke st,    210 River Forest, IL 60305-1878
10614059      Direct Merchants Bank,    P O Box 29468,    Phoenix, AZ 85038-9468
10707028      Discount Conference Call,    ACS Inc of Oregon,    2005 Ironwood PKWY,    220,
               Coeur D’ Alene ID 83814-2647
10614067     +DonCCB,    16430 N Scottsdale,    Scottsdale, AZ 85254-1518
11155357     +Enterlease,    POB 629,    Longment Co 80502-0629
10614055      Enterprise,    P O Box 30046,    Tampa, FL 33630-3046
10472134     +Enterprise,    12000 S Western,    Blue Island, IL 60406-1119
11617059     +Great Lakes Land of Illinois, Inc.,    c/o Joel A. Schechter, Attorney,
               53 W. Jackson Blvd, Suite 1025,    Chicago, IL 60603-3650
10472139     +Harris & Harris,    600 W Jackson,    Ste 700,    Chicago, IL 60661-5629
10707013     +Holy Family Hospital,    Associated Credit Service Inc,    120 N Wall St,    350,
               Spokane, WA 99201-0637
10614068     +MWarp MBGA,    P O Box 103051,    Roswell, GR  30076-9051
10614047     +Markham Court House,    16501 Kedzie Ave,    Markham, IL 60428-5509
10614058      Marshalls,    700 Cochuite Rd,    Framinghem, Mass 01701
10614069      MidLand,    5575 Roscoe Court,    San Diego, CA 91823
10614057      NCO Financial System,    100 Constitutuion Ave,    Upper Darby, PA 19082-2230
10614070     +NCO Group,    507 Prudential Road,    Horsham, PA 19044-2368
10614044      National Mtg,    P O Bo 17677,    Baltimore, MD 21297-1677
10498275     +PEOPLES GAS LIGHT & COKE COMPANY,    130 E. RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
10330540     +Peoples Energy,    Chicago, IL 60687-0001
10472142      Providian Bank,    P O Box 2036,    Warren, MA 48090-2036
10330537     +Providian Bank,    PO BOX 2036,    Warren, MI 48090-2036
10614060     +SBC,    P O Box 5072,    Saginaw, MI 48605-5072
10330539     +T- Moble,    50 Airport Parkway Ste 100,    San Jose, CA 95110-3722
10472133     +T-Mobile,    50 Airport Parkway,    San Jose, CA 95110-1036
10614062     +ty of Chicago,    Department of Law,    30 North LaSalle Street,    Chicago, IL 60602-4055
The following entities were served by electronic transmission on Feb 08, 2008.
10472138     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance,
               P O Box 2036,    Warren, MI 48090-2036
10472132     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P O Box 549,
               Aurora, IL 60507-0549
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10614045      Great Lakes,    Wilhelm T Kunz
11155355      Household
10472136      Marshalls
10472140      Medical
10472135      Sprint
10330538      Two Wells Newton, MA 02459,    All State
10614061      US Cellular
10832545*    +Peoples Gas Light & Coke Co,,    130 E Randolph Dr,    Chicago, IL 60601-6207
                                                                                             TOTALS: 7, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Feb 07, 2008
Case: 05-55686                Form ID: pdf002          Total Served: 44

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2008**            **Signature:**    *Joseph Speetjens*