**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-55686 -JDS |
|---|---|
| Case Name: | MURPHY, HARRIETT |
| Taxpayer ID No: | *******2006 |
| For Period Ending: | 04/23/08 |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9735  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/08 | | Transfer from Acct #*******9515 | Transfer In From MMA Account | 9999-000 | 41,341.19 | | 41,341.19 |
| 03/06/08 | 003001 | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION 18003-0113 | | | 26,733.49 | 14,607.70 |
| | | | Fees                26,709.29 | 2100-000 | | | 14,607.70 |
| | | | Expenses          24.20 | 2200-000 | | | 14,607.70 |
| 03/06/08 | 003002 | POPOWCER KATTEN, LTD. | ACCOUNTANT FOR TRUSTEE | 3410-000 | | 860.00 | 13,747.70 |
| 03/06/08 | 003003 | CLERK OF THE U.S BANKRUPTCY COURT | ADVERSARY FILING FEE CASE NO. 06-01066 | 2700-000 | | 250.00 | 13,497.70 |
| 03/06/08 | 003004 | CLERK OF THE U.S BANKRUPTCY COURT | ADVERSARY FILING FEE CASE NO. 06-01207 | 2700-000 | | 250.00 | 13,247.70 |
| 03/06/08 | 003005 | GREAT LAKES LAND OF ILLINOIS, INC. | ADMINISTRATIVE CLAIM Pursuant to Order entered 9/25/07 | 2990-000 | | 13,247.70 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 41,341.19 | 41,341.19 | 0.00 |
| Less: Bank Transfers/CD's | | 41,341.19 | 0.00 | |
| Subtotal | | 0.00 | 41,341.19 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 41,341.19 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 0.00 | 41,341.19 | |
| BofA - Checking Account - *******9735 | 0.00 | 41,341.19 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    41,341.19    41,341.19

Ver: 11.80

LFORM24